**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SUSAN ELIZABETH HENDERSON,

        Plaintiff,

v.                                              Case No:  6:15-cv-18-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 18) filed on January 22, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 25, 2016 (Doc. 19), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Uncontested Motion for Attorney's Fees (Doc. 18) is **GRANTED**.

3. Plaintiff is **AWARDED** attorney's fees in the amount of **$3,453.90** together with costs in the amount of **$400.00** for the filing fee, to be paid out of the judgment fund administered by the United States Department of Treasury.

4.	Payment is authorized to be made payable to Plaintiff's counsel if the U.S. Department of the Treasury determines that Plaintiff does not owe a debt to the government.

**DONE AND ORDERED** in Orlando, Florida on February 12, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties